## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| U S SECURITIES & EXCHANGE COMMISSION | CASE NO.  3:22-CV-01467 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| AARON B FLETCHER ET AL | MAG. JUDGE KAYLA D. MCCLUSKY |

### JUDGMENT

Upon consideration of Plaintiff's Motion for Remedies [Doc. No. 7] against defendants Aaron B. Fletcher ("Fletcher") and Twin Spires Financial LLC ("Twin Spires") (collectively "Defendants"), and Fletcher's response to the Motion [Doc. No. 11] and in accordance with the consent judgments separately agreed to by Plaintiff and each of the Defendants, and being advised in the premises,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants are jointly and severally liable for disgorgement of $26,303, representing net profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $6,642.88, and a civil penalty in the amount of $200,000 pursuant to Section 21(d)(3) of the Securities Exchange Act of 1934 [15 U.S.C. § 78u(d)(3)] and Section 20(d) of the Securities Act of 1933 [15 U.S.C. § 77t(d)].  Defendants, jointly and severally, shall satisfy this obligation by paying $232,410.95 to the Securities and Exchange Commission within 30 days after entry of this Final Judgment.

Defendants may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.   Payment may also be made directly from a bank account via Pay.gov through the SEC website at

http://www.sec.gov/about/offices/ofm.htm. Defendants may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to:

>  Enterprise Services Center
>  Accounts Receivable Branch
>  6500 South MacArthur Boulevard
>  Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; the name of the defendant making the payment, identified as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

The defendant making the payment shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Defendants relinquish all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to either of Defendants. The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by using all collection procedures authorized by law, including, but not limited to, moving for civil contempt at any time after thirty (30) days following entry of this Final Judgment. The Commission may enforce the Court's judgment for penalties by the use of all collection procedures authorized by law, including the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001 et seq., and moving for civil contempt for the violation of any Court orders issued in this action. Defendants, jointly and severally, shall pay post judgment interest on any amounts due after thirty (30) days of the entry of this Final Judgment pursuant to 28 U.S.C. § 1961.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the respective Consents previously executed by Defendants are incorporated herein with the same force and effect as if fully set forth herein, and that each of Defendants shall comply with all of the undertakings and agreements respectively set forth therein in their respective consent.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the permanent injunctive relief previously ordered by this Court shall remain in effect.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

MONROE, LOUISIANA, this 2nd day of August 2022.

_____
Terry A. Doughty
United States District Judge